**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID TOM,

Plaintiff,

v.

EMPOWER BROKERAGE, INC.

Defendant.

_________________________________/

**NOTICE OF REMOVAL**

Defendant, Empower Brokerage, Inc. ("Empower") by and through its undesigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, herby files this Notice of Removal, removing this action from the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and states as follows:

**INTRODUCTION**

1. This is a civil action originally filed with the Clerk of the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, styled *Tom v. Empower Brokerage, Inc.*, Case No. 05-2026-CC-024161-XXCC-BC.

2. Defendant was served with the Complaint on April 14, 2026.

3. This Notice of Removal is timely filed within 30 days of service pursuant to 28 U.S.C. § 1446(b).

**BASIS FOR FEDERAL JURISDICTION**

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the claims arise under the laws of the United States.

5. Federal "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6. Specifically, the controversy between Plaintiff and Defendant is based upon purported violations of the federal Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227(c)(5), ("TCPA"), and alleged violations of the Florida Telephone Solicitation Act, § 501.059, Fla. Stat. (2021), ("FTSA").

7. Plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law. Thus, the Complaint raises a federal question and satisfies the jurisdictional requirements of 28 U.S.C. § 1331.

**SUPPLEMENTAL JURISDICTION**

8. This Court has the discretion to exercise supplemental jurisdiction over any state law claims which have been asserted as part of the underlying action in accordance with 28 U.S.C. § 1441(c).

9. When a civil action includes a claim arising under the laws of the United States and a claim not within the original jurisdiction of the district court, the entire action may be removed. 28 U.S.C. § 1441(c).

10. Plaintiff's claims for violation of FTSA arise from the same factual allegations as the claims under the TCPA such that this Court has the discretion to exercise supplemental jurisdiction over the state law claims.

**REMOVAL IS PROPER**

11. This action is removable pursuant to 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction.

12. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the state court action was pending in a county within this District.

13. All properly joined and served defendants have consented to removal.

**STATE COURT FILINGS**

14. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit A.

**NOTICE TO ADVERSE PARTIES AND STATE COURT**

15. Defendant will promptly provide written notice of this removal to Plaintiff and will file a copy of this Notice with the Clerk of the County Court of

the Eighteenth Judicial Circuit, in and for Brevard County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully removes this action from the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.

/s/ Jonathan B. Sbar
Jonathan B. Sbar, Esquire (FBN 131016)
Email: jsbar@bergersingerman.com
Secondary:
mlamoureaux@bergersingerman.com
Secondary: DRT@bergersingerman.com
Secondary: DRT@ecf.inforuptcy.com
Ian A. Parry, Esquire (FBN 107040)
Email: iparry@bergersingerman.com
Secondary: lknox@bergersingerman.com
Secondary: DRT@bergersingerman.com
Secondary: DRT@ecf.inforuptcy.com
BERGER SINGERMAN, LLP
2309 S. MacDill Avenue
Tampa, FL 33629
Phone: 813-498-3400
Fax: 813-527-3705
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by Electronic Mail using the Court's CM/ECF system on May 12, 2026.

David Tom
1058 Herne Avenue
Palm Bay, FL 32907
Tel: 321-725-9212
Email: david.m.tom@gmail.com

/s/ Jonathan B. Sbar
Attorney